638

450 A.2d 220

Commonwealth v. Campbell, Appellant.

Submitted December 5, 1980. Roy Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.

450 A.2d 220

Commonwealth v. Cek, Appellant.

Submitted February 19, 1981. Frederick S. Wolf, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., MONTEMURO and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.